IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIE ELMORE, | 1:11-cv-02143 GSA (PC) |
|     Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
|     vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| J. CASTRO, et al., | |
|     Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 28, 2011, Plaintiff filed this action, together with a copy of his prison trust account statement dated September 7, 2010. (Docs. 1, 2.) Plaintiff did not pay the $350 filing fee or submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.

Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.

**No requests for extension will be granted without a showing of good cause.**

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **January 4, 2012**               /s/ **Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE