IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIE ELMORE, | 1:11-cv-02143-GSA (PC) |
| Plaintiff, | ORDER ADDRESSING PLAINTIFF'S MOTION FOR EXTENSION OF TIME, AND REQUIRING PLAINTIFF TO PAY FILING FEE WITHIN TWENTY DAYS OR THIS CASE WILL BE DISMISSED |
| vs. | |
| J. CASTRO, et al., | |
| Defendants. | (Motion #12) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 19, 2012, plaintiff filed a motion to extend time to respond to the Court's orders in three of his pending cases. Plaintiff asserts that he needs the extension of time because he has been unable to use the law library. Plaintiff's only deadline in this case is to pay the $350.00 filing fee. Plaintiff does not require time at the law library to pay his filing fee. Thus, Plaintiff has not shown good cause for an extension of time.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is required to pay the $350.00 filing fee for this action in full within twenty days of the date of service of this order, or this case will be dismissed without further notice.

IT IS SO ORDERED.

Dated:   September 27, 2012          /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE