# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,      1:11-cv-02143-GSA-PC

     Plaintiff,     ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR

  vs.     FAILURE TO PAY FILING FEE

J. CASTRO, et al.,

    ORDER FOR CLERK TO CLOSE CASE

     Defendants.

_____/

     Tonie Elmore ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December 28, 2011. (Doc. 1.) On January 17, 2012, Plaintiff consented to Magistrate Judge jurisdiction in this action, and no other parties have made an appearance. (Doc. 5.)  Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

     On August 23, 2012, pursuant to 28 U.S.C. § 1915(g), the Court revoked Plaintiff's in forma pauperis status and ordered Plaintiff to pay the $350.00 filing fee in full within thirty days. (Doc. 11.) Plaintiff requested an extension of time, and on September 27, 2012, Plaintiff was granted twenty days in which to pay the filing fee. (Docs. 12, 13.)  Plaintiff was forewarned in the Court's order of September 27, 2012 that his failure to pay the $350.00 filing fee in full within twenty days would result

1 in the dismissal of this action without further notice. More than twenty days have passed, and Plaintiff
2 has not paid the filing fee or otherwise responded to the Court's order.
3      Accordingly, this is action is hereby DISMISSED, without prejudice, based on Plaintiff's failure
4 to obey the Court's order to pay the $350.00 filing fee. The Clerk is directed to CLOSE this case in its
5 entirety.
6
7      IT IS SO ORDERED.
8      **Dated:   October 25, 2012**                    /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE